PLEASE DELIVER ATTACHED COURT CORRESPONDENCE TO ADDRESSEE AND HAVE FOLLOWING RECEIPT EXECUTED. PLEASE RETURN EXECUTED RECEIPT TO THE COURT. IF ADDRESSEE IS NO LONGER AT YOUR INSTITUTION, PLEASE ADVISE US OF RELEASE DATE & FORWARDING ADDRESS AND/OR NAME AND ADDRESS OF PAROLE OFFICER. THANK YOU! - U.S. DISTRICT CLERK.

RE: Max Kelly #2414858

RECEIVED: 4:23cv78 R&R [12]

on this 24 day of April, 2023, at 10:48 a.m./p.m.

at Choice Moore
(Name of Institution)

_____  _____
Witness (if by mark)   (Signature, or mark, of addressee)

_____
Witness (if by mark)

FILED
MAY - 9 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

WE CERTIFY THAT THE ADDRESSEE (REFUSED) OR (WAS UNABLE) TO SIGN THE ABOVE RECEIPT, BUT THAT THE COURT CORRESPONDENCE WAS DELIVERED TO THE ADDRESSEE AT_____ A.M./P.M. ON THIS_____ DAY OF_____, 20_____, AT_____.
(Name of Institution)

_____
Signature of Institution Delivering Agent

_____
Witness